

# NUMBER 13-25-00662-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GUADALUPE HERNANDEZ,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

## ON APPEAL FROM THE 139TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron
Memorandum Opinion by Justice Silva**

This cause is before the Court on appellant's motion to dismiss this appeal. The motion was signed by both appellant and counsel. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the

case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request,

no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
2nd day of July, 2026.